IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BYRON FINANCIAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:14-CV-264 |
| CHRISTOPHER DUDLEY WRIGHT, | ) |
| Defendant. | ) |

## ORDER GRANTING
## DEFENDANT'S ALTERNATIVE MOTION TO STAY

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss and Alternative Motions to Transfer or Stay (Doc. No. 5). In its response thereto, Plaintiff has indicated that it consents to staying this action pending resolution of the action captioned "*Christopher D. Wright v. Byron Financial, LLC, et al*," Case No. 4:14-cv00996-NCC in the United States District Court for the Eastern District of Missouri. This Court, having reviewed and considered the Motion, Plaintiff's response, and memoranda, hereby **ORDERS** that Defendant's alternative Motion to Stay is hereby **GRANTED** and that this action is stayed pending final resolution of the Missouri Action. The parties are ordered to report to this Court the final disposition of the Missouri Action within fifteen (15) days thereof.

**SO ORDERED.**

Signed: July 16, 2014

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge